[No. 21928-6-I.  Division One.  January 16, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. KERRY GEMEL
HODGE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87-1-02961-8, Liem E. Tuai, J., entered Feb-
ruary 25, 1988. *Affirmed* by unpublished opinion per Schol-
field, J., concurred in by Webster and Pekelis, JJ.

[No. 22828-5-I.  Division One.  January 16, 1990.]

BEL-SQUARE FURNITURE, INC., *Respondent,* v. ART
VAN DER WEL, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 86-2-00115-8, Edward Heavey, J., entered
August 17, 1988. *Reversed* by unpublished opinion per For-
rest, J., concurred in by Swanson and Webster, JJ.

[No. 22067-5-I.  Division One.  January 16, 1990.]

JAMES FLOBERT, ET AL, *Appellants,* v. ALLEN W. JACKSON,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 86-2-05481-2, Peter K. Steere, J., entered
March 30, 1988. *Affirmed* by unpublished opinion per
Ringold, J. Pro Tem., concurred in by Coleman, C.J., and
Swanson, J.

[No. 21569-8-I.  Division One.  January 16, 1990.]

KOBAYASHI AMERICA, INC., *Respondent,* v. CLYDE SPRAGUE,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 82-2-10297-1, Frank D. Howard, J., entered
December 10, 1987. *Affirmed in part, reversed in part,* and
*remanded* by unpublished opinion per Swanson, J., con-
curred in by Webster, J., Forrest, J., dissenting.